**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02752-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

LINAYA HAHN,

      Plaintiff,

v.

US BANK NATIONAL ASSOCIATION, as Trustee for BAFC 2007-1,
CASTLE STAWIARSKI, LLC, and
RICHARD GEBHARD, BOULDER COUNTY PUBLIC TRUSTEE,

      Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

      Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to

28 U.S.C. § 1915 and a "Complaint to Stop Eviction and to Nullify Foreclosure Sale."

As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has

determined that the submitted documents are deficient as described in this order.

Plaintiff will be directed to cure the following if she wishes to pursue her claims.  Any

papers that the Plaintiff files in response to this order must include the civil action

number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)    ___    is not submitted
(2)    ___    is not on proper form (must use the court's current form)
(3)    ___    is missing original signature by Plaintiff
(4)    ___    is missing affidavit
(5)    ___    affidavit is incomplete

(6)    __    affidavit is not notarized or is not properly notarized
(7)    __    names in caption do not match names in caption of complaint, petition or
             application
(8)    __    other _____

**Complaint or Petition**:
(9)    __    is not submitted
(10)   X     is not on proper form (must use the court's current form)
(11)   __    is missing an original signature by the Plaintiff
(12)   __    is incomplete
(13)   __    uses et al. instead of listing all parties in caption
(14)   __    names in caption do not match names in text
(15)   __    addresses must be provided for all defendants/respondents in "Section A.
             Parties" of complaint, petition or habeas application
(16)   __    other _____

Accordingly, it is

          ORDERED that the Plaintiff cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**.  Any papers which the Plaintiff files in response

to this order must include the civil action number on this order.  It is

          FURTHER ORDERED that the Plaintiff shall obtain the court-approved Complaint

form, along with the applicable instructions, at www.cod.uscourts.gov.  It is

          FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies

**within thirty (30) days from the date of this order**, the complaint and the action will

be dismissed without further notice.  The dismissal shall be without prejudice.

          DATED November 1, 2011, at Denver, Colorado.

                                        BY THE COURT:

                                         s/ Boyd N. Boland_____
                                        United States Magistrate Judge